IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| LEO ANDERSON, | * |
| Plaintiff, | * |
| vs. | *   No. 5:10cv00267 SWW |
| UNION PACIFIC RAILROAD, | * |
| Defendant. | * |

ORDER

Having been notified by defendant that the parties have settled this action, the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED this 21st day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE